1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   J. DOUGLAS WILSON (DCBN 412811)
3  Chief, Criminal Division

4  KATIE BURROUGHS MEDEARIS (CABN 262539)
   Assistant United States Attorney
5      1301 Clay Street, Suite 340S
       Oakland, California 94612
6      Telephone: (510) 637-3704
       FAX: (510) 637-3724
7      katie.medearis@usdoj.gov

8  Attorneys for United States of America

9
                          UNITED STATES DISTRICT COURT
10
                         NORTHERN DISTRICT OF CALIFORNIA
11
                                  OAKLAND DIVISION
12

13
   UNITED STATES OF AMERICA,          )  Case No.14-~~CR~~-70886-MAG  (MJ)
14                                    )
         Plaintiff,                   )
15                                    )  STIPULATION AND [~~PROPOSED~~] ORDER
                v.                    )  EXCLUDING TIME UNDER SPEEDY TRIAL ACT
16                                    )  AND RULE 5.1 FROM JULY 2, 2014 TO JULY 9,
   RYAN ALLEN SISEMORE,               )  2014 FOR DEFEDANT FIL FILIMON GUITRON
17     a/k/a Ryan Allan Sisemore,     )  III
   VICTOR EASLEY,                     )
18 OSCAR VARGAS,                      )
   RONNIE RICHARD TURNER,             )
19     a/k/a Ronnie Allen Turner      )
       a/k/a Ronnie Richard Allen Turner )
20     a/k/a Ronnie Richard Alle Turner, and )
21 FIL FILIMON GUITRON III,           )
                                      )
22       Defendants.                  )

23

24

25

26

27

28

   STIP. AND [~~PROPOSED~~] ORDER
                                      1

**STIPULATION**

Defendant Fil Filimon Guitron III (hereafter, the "Defendant") was charged by criminal complaint in the above-referenced matter on June 26, 2014. The initial detention hearing regarding the Defendant occurred on July 2, 2014. The Defendant was represented by Assistant Federal Public Defender Angela Hansen, and Assistant United States Attorney Katie Burroughs Medearis appeared on behalf of the Government. At the hearing, the Court set the matter for a further status hearing regarding detention on July 9, 2014 to allow time for an evaluation of whether the Defendant is a viable candidate for a residential drug treatment program. The parties hereby request that time be excluded, pursuant to Federal Rule of Criminal Procedure 5.1, between July 2, 2014 and July 9, 2014 to allow reasonable time for the effective preparation of counsel, as well as time to allow the parties time to confer and determine whether a pre-indictment resolution is possible. For the reasons stated, the parties believe that good cause exists to exclude and waive time under Federal Rule of Criminal Procedure 5.1(c) and (d), taking into account the public interest in the prompt disposition of a criminal case and the Defendant's consent.

IT IS SO STIPULATED.

DATED:   July 3, 2014

/s/
KATIE BURROUGHS MEDEARIS
Assistant United States Attorney

DATED:   July 3, 2014

/s/
ANGELA MILELLA HANSEN
Counsel for Defendant Fil Guitron, III

STIP. AND [~~PROPOSED~~] ORDER

2

1  **[PROPOSED] ORDER**

2  For the reasons stated by the parties, the Court finds that the aforementioned request is supported
3  by good cause and made with the consent of defendant Fil Filimon Guitron, III.  Fed. R. Crim. Proc.
4  5.1(c) and (d).  The Court therefore finds that an exclusion of time between July 2, 104 and July 9, 2014
5  is merited under Federal Rules of Criminal Procedure Rule 5.1(c) and (d).

6  IT IS SO ORDERED.

8  Dated: July ___7___, 2014

    _____
    HONORABLE DONNA M. RYU
    United States Magistrate Judge

STIP. AND [PROPOSED] ORDER

3